# In the United States Court of Federal Claims

```
* * * * * * * * * * * * * * * * *   *
IRA M. LUBERT,                       *
                                     *
            Plaintiff,               *
                                     *   No. 17-430T
      v.                             *   Filed: September 23, 2020
                                     *
UNITED STATES,                       *
                                     *
            Defendant.               *
                                     *
* * * * * * * * * * * * * * * * *   *
```

## O R D E R

The court is in receipt of the parties' September 23, 2020 joint stipulation of dismissal with prejudice. Pursuant to Rule 41(a)(1)(A)(ii) of the Rules of the United States Court of Federal Claims (2020), this court **ORDERS** that this case be **DISMISSED,** with prejudice, and with each party to bear its own costs, expenses, and attorneys' fees.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
       **Judge**